# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | |
|---|---|
| CLAUDIA M. MORA, et al. | : |
| Plaintiffs/Counterclaim Defendants, | : Civil Action No.: 8:16-cv-00960-PX |
| v. | : |
| LANCET INDEMNITY RISK RETENTION GROUP, INC., et al. | : |
| Defendants/Counterclaim Plaintiffs. | : |

## DEFENDANT/COUNTERCLAIM PLAINTIFF LANCET INDEMNITY RISK RETENTION GROUP, INC.'S CROSS MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 105.2(c), defendant/counterclaim plaintiff Lancet Indemnity Risk Retention Group, Inc. cross moves for summary judgment on its counterclaim seeking a declaration that Lancet is not obligated to provide coverage under the medical professional liability insurance policy bearing policy number LI201402002735, including but not limited to Plaintiffs' claims asserted in the action captioned *More et al. v. Ishtiaq Malik, M.D., P.C. et al.*, Case No. 407276-V (Circuit Court for Montgomery County, Maryland) and that the medical professional liability insurance policy bearing policy number LI201402002735 is void for lack of cooperation. The factual and legal bases for this cross motion are set forth in the supporting memorandum, which is incorporated herein by reference.

Dated: September 9, 2016

                                             COZEN O'CONNOR, P.C.

                                             /s/  Chad E. Kurtz
                                             Chad E. Kurtz (Bar No. 14102)
                                             1200 19th Street NW, Suite 300
                                             Washington, DC 20036
                                             Tel: (202) 463-2521
                                             Email:  ckurtz@cozen.com

John David Dickenson (*admitted pro hac vice*)
Matthew B. Criscuolo (*admitted pro hac vice*)
One North Clematis Street, Suite 510
West Palm Beach, FL 33401
Tel: (561) 515-5250
Email:  jdickenson@cozen.com
Email:  mcriscuolo@cozen.com

*Attorneys for Defendant/Counterclaim Plaintiff,
Lancet Indemnity Risk Retention Group, Inc.*

## **CERTIFICATE OF SERVICE**

I, Chad E. Kurtz, hereby certify that a copy of the foregoing Lancet's Cross Motion for Summary Judgment, along with the accompanying memorandum, proposed order, exhibit index, exhibits, and response to statement of undisputed material facts, were served this 9th day of September 2016 (i) via ECF, on the following counsel of record:

Matthew P. Maloney, Esq.
MALONEY LAW OFFICE, LLC
10400 Connecticut Avenue, Suite 602
Kensington, MD 20895
*Attorney for Plaintiffs*

Michael Flynn, Esq.
Rachel I. Viglianti, Esq.
Gleason, Flynn, Emig & Fogelman, Chtd
11 N. Washington Street, Suite 400
Rockville, MD 20850
*Attorney for Richard Akoto, M.D. and Richard Osei Akoto, M.D., P.C., LLC*

and (ii) via U.S. First Class Mail, on the following parties:

Advanced Walk-In Urgent Care, LLC
c/o Ishtiak Malik, MD
37 Civic Centre
Shop #2, Phase 4
Bahria Town, Islamabad, Pakistan

Union Multi-Care Medical Center, Inc.
c/o Ishtiak Malik, MD
37 Civic Centre
Shop #2, Phase 4
Bahria Town, Islamabad, Pakistan

  /s/ Chad E. Kurtz
Chad E. Kurtz