IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CLAUDIA M. MORA, *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Civil Action No. PX-16-960 |
| LANCET INDEMNITY RISK RETENTION GROUP, INC., | * |
| Defendant. | * |

******

**AMENDED ORDER**

For the reasons stated in the foregoing Memorandum Opinion, Plaintiffs' request for Declaratory Judgment is hereby GRANTED and Defendant Lancet Indemnity Risk Retention Group, Inc.'s request for Declaratory Judgment is DENIED. It is this 17th Day of April, 2018, by the United States District Court for the District of Maryland, ORDERED that:

1. Advanced Walk-In Urgent Care, LLC and Union Multi-Care Medical Center, Inc. are insured by Defendant Lancet Indemnity Risk Retention Group, Inc., under Policy Number L1201402002735 for the claims asserted against them in the underlying medical malpractice case brought before the Circuit Court of Montgomery County, Maryland, *Mora v. Advanced Walk-In Urgent Care, LLC*, Case No. 407276-V;

2. Defendant Lancet Indemnity Risk Retention Group, Inc. is liable to Plaintiffs Claudia Mora, *et al.*, for the judgment issued in the Circuit Court of Montgomery County, Maryland, *Mora v. Advanced Walk-In Urgent Care, LLC*, Case No. 407276-V against Lancet's Insureds in the amount of $996,840.50;

3. Defendant Lancet Indemnity Risk Retention Group, Inc., is additionally liable to Plaintiffs Claudia Mora, *et al.*, for interest on the amount of $1,282,048.50 at the rate of

1

    10% per annum, calculated from August 17, 2016, through the date when Lancet pays to Plaintiffs, offers to pay to Plaintiffs, or tenders payment as required by its policy;

4. The Clerk is directed to transmit copies of the Memorandum Opinion and this Order to counsel for the parties; and

5. The Clerk is directed to CLOSE this case.

| | |
|---|---|
| 4/17/2018 | /S/ |
| Date | Paula Xinis<br>United States District Judge |